IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., FUJITSU AMERICA, INC., INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC., and QNAP SYSTEMS, INC., <br><br> Defendants. | C.A. No. 10-CV-00749-GMS <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL OF FUJITSU AMERICA, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Summit Data Systems, LLC ("SDS") hereby dismisses with prejudice its claims against Defendant Fujitsu America, Inc., with each party to bear its own costs.

PROCTOR HEYMAN, LLP

/s/ Neal C. Belgam
Neal C. Belgam (# 2721)
E-mail: nbelgam@proctorheyman.net
Samuel T. Hirzel (# 4415)
E-mail: shirzel@proctorheyman.net
1116 N. West Street
Wilmington, DE 19801
(302) 472-7300
Attorneys for Plaintiff Summit Data Systems, LLC

OF COUNSEL:

MORRIS, MANNING & MARTIN, LLP
Bryan G. Harrison
John P. Fry
W. Andrew McNeil
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
Phone: (404) 233-7000

Dated: November 30, 2010