IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUMMIT DATA SYSTEMS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:10-cv-00749-GMS |
| | : | |
| EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, NETAPP, INC., NETGEAR INC., and QNAP, INC., | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER FOR
<u>DISMISSAL OF CLAIMS WITH RESPECT TO NETGEAR INC.</u>**

Plaintiff Summit Data Systems, LLC ("Summit") and Defendant Netgear Inc. ("Netgear"), hereby stipulate to the dismissal, with prejudice, of all claims or counterclaims asserted by Summit against Netgear or by Netgear against Summit in this case. Summit and Netgear further stipulate that they shall each bear their own attorneys' fees, expenses and costs associated with the aforementioned claims, except as maybe expressly set forth in any written

settlement agreement between the parties.

| PROCTOR HEYMAN LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Neal C. Belgam* | */s/ Kenneth L. Dorsney* |
| Neal C. Belgam (# 2721) | Kenneth L. Dorsney (# 3726) |
| E-mail: nbelgam@proctorheyman.com | E-mail: kdorsney@morrisjames.com |
| Melissa N. Donimirski (# 4701) | 500 Delaware Avenue, Suite 1500 |
| E-mail: mdonimirski@proctorheyman.com | Wilmington, DE 19801 |
| 300 Delaware Avenue, Suite 200 | (302) 888-6855 |
| Wilmington, DE 19801 | |
| (302) 472-7300 | Attorney for Netgear, Inc. |
| | |
| Attorneys for Plaintiff Summit Data Systems, LLC | |

IT IS SO ORDERED this ___ day of November, 2011.

_____
The Honorable Gregory M. Sleet
United States District Court Judge