**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUMMIT DATA SYSTEMS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 10-749-GMS |
| | : | |
| EMC CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

<u>**ORDER**</u>

At Wilmington this **17th day of January, 2012**.

IT IS ORDERED that the mediation between plaintiff and Buffalo Technology **only** scheduled for Wednesday, February 29, 2012 at 10:00 a.m. with Judge Thynge is cancelled.  The mediations previously set in the May 5, 2011 Order shall go forward as scheduled:

**Thursday, March 1, 2012 at 10:00 a.m.**  Plaintiff and Hitachi **only.**

**Friday, March 2, 2012 at 10:00 a.m.**  Plaintiff and EMC **only.**

**Monday, March 5, 2012 at 10:00 a.m.**  Plaintiff and D-Link Systems **only.**

**Tuesday, March 6, 2012 at 10:00 a.m.**  Plaintiff and Infortrend **only.**

**Wednesday, March 7, 2012 at 10:00 a.m.**  Plaintiff and NetApp **only.**

**Thursday, March 8, 2012 at 10:00 a.m.**  Plaintiff and NetGear **only.**

**Friday, March 9, 2012 at 10:00 a.m.**  Plaintiff and Qnap **only.**

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, January 25, 2012 at 4:00 p.m.** with Magistrate Judge Thynge to discuss the

status of the case and mediation statements, page limitations, etc.  **Counsel for Hitachi shall initiate the teleconference call to 302-573-6173.**  Counsel shall provide the names of the participants for the January 25, 2012 teleconference to counsel for Hitachi by no later than **Monday, January 23, 2012.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE