IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC. and QNAP, INC.,<br><br>　　　　Defendants. | Civil Action No. 10-749-GMS |

## STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH RESPECT TO HITACHI DATA SYSTEMS

Plaintiff Summit Data Systems, LLC ("Summit") and Defendant Hitachi Data Systems ("HDS") hereby stipulate to the dismissal, with prejudice, of all claims or counterclaims asserted by Summit against HDS or by HDS against Summit in this case. Summit and HDS further stipulate that they shall each bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims.

Dated: February 27, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Brian E. Farnan
　　　　　　　　　　　　　　　　　　　　Brian E. Farnan (Bar No. 4089)
　　　　　　　　　　　　　　　　　　　　Farnan LLP
　　　　　　　　　　　　　　　　　　　　919 N. Market Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 777-0300
　　　　　　　　　　　　　　　　　　　　bfarnan@farnanlaw.com

Of Counsel:

Mark G. Davis
Anish Desai
Christopher T. Marando
WEIL GOTSHAL & MANGES LLP
1300 Eye St NW
Washington, DC 20005
(202) 682-7000
mark.davis@weil.com
anish.desai@weil.com
christopher.marando@weil.com

*Attorneys for Defendant
Hitachi Data Systems Corporation*

                                      /s/ Neal C. Belgam
                                      Neal C. Belgam (Bar No. 2721)
                                      Proctor Heyman LLP
                                      300 Delaware Ave, Suite 200
                                      Wilmington, DE 19801
                                      (302) 472-7300
                                      nbelgam@proctorheyman.com

Of Counsel:

Bryan G. Harrison
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
(404) 233-7000
bgh@mmmlaw.com

*Attorneys for Plaintiff Summit Data
Systems, LLC*


IT IS SO ORDERED this ___ day of _____, 2012.

                                                   _____
                                                   The Honorable Gregory M. Sleet
                                                   United States District Court Judge