# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC. and QNAP, INC.,<br><br>Defendants. | Civil Action No. 10-749-GMS |

## STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH RESPECT TO HITACHI DATA SYSTEMS

Plaintiff Summit Data Systems, LLC ("Summit") and Defendant Hitachi Data Systems ("HDS") hereby stipulate to the dismissal, with prejudice, of all claims or counterclaims asserted by Summit against HDS or by HDS against Summit in this case. Summit and HDS further stipulate that they shall each bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims.

Dated: February 27, 2012               Respectfully submitted,

                                       /s/ Brian E. Farnan
                                       Brian E. Farnan (Bar No. 4089)
                                       Farnan LLP
                                       919 N. Market Street, 12th Floor
                                       Wilmington, Delaware 19801
                                       (302) 777-0300
                                       bfarnan@farnanlaw.com

Of Counsel:

Mark G. Davis
Anish Desai
Christopher T. Marando
WEIL GOTSHAL & MANGES LLP
1300 Eye St NW
Washington, DC 20005
(202) 682-7000
mark.davis@weil.com
anish.desai@weil.com
christopher.marando@weil.com

*Attorneys for Defendant
Hitachi Data Systems Corporation*

          /s/ Neal C. Belgam
Neal C. Belgam (Bar No. 2721)
Proctor Heyman LLP
300 Delaware Ave, Suite 200
Wilmington, DE 19801
(302) 472-7300
nbelgam@proctorheyman.com

Of Counsel:

Bryan G. Harrison
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
(404) 233-7000
bgh@mmmlaw.com

*Attorneys for Plaintiff Summit Data
Systems, LLC*

IT IS SO ORDERED this 2nd day of March, 2012.

          The Honorable Gregory M. Sleet
          United States District Court Judge