IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., FUJITSU AMERICA, INC., INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC., HITACHI DATA SYSTEMS CORPORATION and QNAP, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 10-749-GMS<br>:<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH RESPECT TO BUFFALO TECHNOLOGY (USA), INC.

Plaintiff Summit Data Systems, LLC ("Summit") and Defendant Buffalo Technology (USA), Inc. ("Buffalo") hereby stipulate to the dismissal, with prejudice, of all claims or counterclaims asserted by Summit against Buffalo or by Buffalo against Summit in this case. Summit and Buffalo further stipulate that they shall each bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims.

| PROCTOR HEYMAN LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Melissa N. Donimirski | /s/ Kenneth Laurence Dorsney |
| Neal C. Belgam (# 2721) | Kenneth Laurence Dorsney (# 3726) |
| E-mail: nbelgam@proctorheyman.com | Email: kdorsney@morrisjames.com |
| Melissa N. Donimirski (# 4701) | 500 Delaware Avenue, Suite 1500 |
| E-mail: mdonimirski@proctorheyman.com | P.O. Box 2306 |
| 300 Delaware Avenue, Suite 200 | Wilmington, DE 19899-2306 |
| Wilmington, DE 19801 | (302)888-6855 |
| (302) 472-7305 | |
| | Attorneys for Defendant Buffalo Technology (USA) Inc. |
| Attorneys for Plaintiff Summit Data Systems, LLC | |

Dated: March 20, 2012

IT IS SO ORDERED this 23rd day of March, 2012.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

6448702 v01