# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SUMMIT DATA SYSTEMS, LLC

        Plaintiff,

v.

EMC CORPORATION, BUFFALO
TECHNOLOGY (USA), INC., D-LINK
SYSTEMS, INC., HITACHI DATA
SYSTEMS CORPORATION,
INFORTREND CORPORATION, NETAPP,
INC., NETGEAR, INC. and QNAP, INC.,

        Defendants.

RGA
Civil Action No. 10-749-GMS

## STIPULATION AND ORDER FOR DISMISSAL OF
## CLAIMS WITH RESPECT TO D-LINK SYSTEMS, INC.

Plaintiff Summit Data Systems, LLC ("Summit") and Defendant D-Link Systems,

Inc. ("D-Link") hereby stipulate to the dismissal, with prejudice, of all claims asserted by

Summit against D-Link in this case. Summit and D-Link further stipulate that they shall each

bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims.

PROCTOR HEYMAN LLP

*/s/ Melissa N. Donimirski*
Neal C. Belgam (# 2701)
E-mail: nbelgam@proctorheyman.com
Melissa N. Donimirski (# 4701)
E-mail: mdonmirski@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Plaintiff Summit Data Systems,
LLC

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (# 3726)
E-mail: KDorsney@morrisjames.com
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800

Attorneys for Defendant D-Link Systems, Inc.

6264312 v01

OF COUNSEL:

MORRIS, MANNING & MARTIN, LLP
Bryan G. Harrison
E-mail: bgh@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
(404) 233-7000

Attorneys for Plaintiff Summit Data Systems,
LLC

OF COUNSEL:

LAW OFFICES OF S.J. CHRISTINE YANG
Christine Yang
E-mail: cyang@sjclawpc.com
Duncan Palmatier
E-mail: dpalm@dpalmlaw.com
Victoria Hao
E-mail: vhao@sjclawpc.com
Ingrid Yang
E-mail: iyang@sjclawpc.com
17220 Newhope Street, Suites 101-102
Fountain Valley, California 92708

Attorneys for Defendant D-Link Systems, Inc.

Dated: March 2, 2012

IT IS SO ORDERED this 26th day of March, 2012.

Richard G. Andrews
The Honorable ~~Gregory M. Sleet~~
United States District Court Judge