IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, | : |
| Plaintiff, | : |
| v. | : |
| EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., FUJITSU AMERICA, INC., INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC., HITACHI DATA SYSTEMS CORPORATION and QNAP, INC., | : C.A. No. 10-749-GMS : : : JURY TRIAL DEMANDED : |
| Defendants. | : |

## STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH RESPECT TO INFOTREND CORPORATION.

Plaintiff Summit Data Systems, LLC ("Summit") and Defendant Infotrend Corporation ("Infotrend") hereby stipulate to the dismissal, with prejudice, of all claims or counterclaims asserted by Summit against Infotrend or by Infotrend against Summit in this case. Summit and Infotrend further stipulate that they shall each bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims.

| | |
|---|---|
| PROCTOR HEYMAN LLP | COOCH & TAYLOR |
| /s/ Neal C. Belgam | /s/ Dale R. Dube |
| Neal C. Belgam (# 2721) | Dale R. Dube (# 2863) |
| E-mail: nbelgam@proctorheyman.com | E-mail: ddube@coochtaylor.com |
| Melissa N. Donimirski (# 4701) | 1000 West Street, 10th Floor |
| E-mail: mdonimirski@proctorheyman.com | Wilmington, DE 19801 |
| 300 Delaware Avenue, Suite 200 | (302) 984-3835 |
| Wilmington, DE 19801 | |
| (302) 472-7305 | Attorneys for Defendant Infortrend Corporation |
| Attorneys for Plaintiff Summit Data Systems, LLC | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | ANDREWS KURTH LLP |
| MORRIS, MANNING & MARTIN, LLP | Wei Wei Jeang |
| Bryan G. Harrison | E-mail: WeiweiJeang@andrewskurth.com |
| E-mail: bgh@mmmlaw.com | Robert A. Gutkin |
| W. Andrew McNeil | E-mail: Robertgutkin@andrewskurth.com |
| E-mail: wmcneil@mmmlaw.com | 1717 Main Street, Suite 3700 |
| Robert W. Hoskyn | Dallas, TX 75201 |
| E-mail: rhoskyn@mmmlaw.com | (214) 659-4688 |
| 1600 Atlanta Financial Center | |
| 3343 Peachtree Road, NE | WANG HARTMANN GIBBS & CAULEY PLC |
| Atlanta, Georgia 30326-1044 | Richard F. Cauley |
| (404) 233-7000 | E-mail: richardcauley@whgclaw.com |
| | Franklin Gibbs |
| | E-mail: franklingibbs@whgclaw.com |
| | 2570 El Camino Real, Suite 440 |
| | Mountain View, CA 94040 |
| | (650) 209-1230 |

Dated: July 10, 2012

IT IS SO ORDERED this 11th day of July, 2012.

_____
The Honorable Gregory M. Sleet
United States District Court Judge