IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC. and QNAP, INC.,<br><br>Defendants. | Civil Action No. 10-749-GMS |

**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS
WITH RESPECT TO QNAP, INC.**

Plaintiff Summit Data Systems, LLC ("Summit") and Defendant Qnap, Inc. ("Qnap") hereby stipulate to the dismissal, with prejudice, of all claims or counterclaims asserted by Summit against Qnap or by Qnap against Summit in this case. Summit and Qnap further stipulate that they shall each bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims.

Dated: August 29, 2012

1

| | |
|---|---|
| /s/ Neal C. Belgam | /s/ Kenneth L. Dorsney |
| Neal C. Belgam (#2721) | Kenneth L. Dorsney (#3726) |
| PROCTOR HEYMAN, LLP | Richard K. Herrmann (#405) |
| 300 Delaware Avenue, Suite 200 | Mary B. Matterer (#2696) |
| Wilmington, DE 19801 | MORRIS JAMES LLP |
| (302)472-7306 | 500 Delaware Avenue, Suite 1500 |
| nbelgam@proctorheyman.com | Wilmington, Delaware 19801 |
| | (302) 888-6800 |
| *Attorneys for Plaintiff* | kdorsney@morrisjames.com |
| *Summit Data Systems, LLC* | *Attorneys for Defendant QNAP Inc.* |

IT IS SO ORDERED this 30th day of August, 2012.

_____
The Honorable Gregory M. Sleet
United States District Court Judge