# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-749 (GMS) |
| | ) |
| EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC. and QNAP, INC., | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH RESPECT TO EMC CORPORATION ("EMC")

Plaintiff Summit Data Systems, LLC ("Summit") and Defendant EMC Corporation ("EMC") hereby stipulate to the dismissal, with prejudice, of all claims or counterclaims that were asserted or could have been asserted by Summit against EMC or by EMC against Summit in this case. Summit and EMC further stipulate that they shall each bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PROCTOR HEYMAN LLP |
| | |
| */s/ Jack B. Blumenfeld* | */s/ Neal C. Belgam* |
| | |
| Jack B. Blumenfeld (#1014) | Neal C. Belgam (#2721) |
| Rodger D. Smith II (#3778) | 300 Delaware Avenue |
| 1201 N. Market Street, 18th Floor | Suite 200 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 472-7300 |
| jblumenfeld@mnat.com | nbelgam@proctorheyman.com |
| rsmith@mnat.com | |
| | |
| *Attorneys for Defendant EMC Corporation* | *Attorneys for Plaintiff Summit Data Systems, LLC* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Jesse J. Jenner<br>Khue V. Hoang<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>(212) 596-9000 | Bryan G. Harrison<br>MORRIS, MANNING & MARTIN, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326<br>(404) 233-7000 |

IT IS SO ORDERED this ___ day of November, 2012.

_____
The Honorable Gregory M. Sleet
United States District Court Chief Judge