IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, | : |
| Plaintiff, | : |
| v. | : |
| EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., FUJITSU AMERICA, INC., INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC., HITACHI DATA SYSTEMS CORPORATION and QNAP, INC., | : C.A. No. 10-749-GMS :  : JURY TRIAL DEMANDED : |
| Defendants. | : |

## MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED AGAINST DEFENDANT NETAPP, INC.

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Summit Data Systems, LLC ("Summit") hereby moves for the dismissal with prejudice of all claims asserted against Defendant Netapp, Inc. ("Netapp"). The remaining claims asserted in this action are the claims for infringement by Summit and Netapp's claims for a declaratory judgment of invalidity and non-infringement, which are rendered moot by the dismissal of Summit's claims.

- 2 -

WHEREFORE, Plaintiff Summit hereby requests that this Court enter an order dismissing Summit's claims against Netapp with prejudice, and dismissing Netapp's claims against Summit as moot.

PROCTOR HEYMAN, LLP

/s/ Neal C. Belgam
Neal C. Belgam (# 2721)
E-mail: nbelgam@proctorheyman.com
Melissa N. Donimirski (# 4701)
E-mail: mdonimirski@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

*Attorneys for Plaintiff Summit Data Systems, LLC*

OF COUNSEL:

MORRIS, MANNING & MARTIN, LLP
Bryan G. Harrison
E-mail: bgh@mmmlaw.com
W. Andrew McNeil
E-mail: wmcneil@mmmlaw.com
Robert W. Hoskyn
E-mail: rhoskyn@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30326-1044
(404) 233-7000

Dated:  December 14, 2012