IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-749 (GMS) |
| | ) |
| EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC. and QNAP, INC., | ) REDACTED - PUBLIC VERSION ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NETAPP, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**

OF COUNSEL:

Edward R. Reines
Byron C. Beebe
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Defendant NetApp, Inc.*

Originally Filed: January 29, 2013
Redacted Version Filed: February 5, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-749 (GMS) |
| | ) |
| EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC. and QNAP, INC., | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NETAPP, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to 35 U.S.C. § 285 and Federal Rule of Civil Procedure 54(d), and pursuant to this Court's January 17, 2013 Order authorizing the filing of this motion (D.I. 235), defendant NetApp, Inc. ("NetApp") moves for a declaration that this is an exceptional case and an award of attorneys' fees and costs against plaintiff Summit Data Systems and its parent, Acacia Research Group. The grounds for this Motion are set forth more fully in NetApp's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Edward R. Reines
Byron C. Beebe
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

January 29, 2013

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
mflynn@mnat.com
*Attorneys for Defendant NetApp, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-749 (GMS) |
| | ) |
| EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, INFORTREND CORPORATION, NETAPP, INC., NETGEAR, INC. and QNAP, INC., | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND COSTS

The motion of Defendant NetApp, Inc. ("NetApp") for Attorneys' Fees and Costs having been presented to this Court and fully briefed, and for good cause shown by NetApp;

IT IS HEREBY ORDERED, that this case is found to be exceptional and NetApp is awarded its reasonable attorneys' fees, in the amount of $1,160,621.95, plus those additional, documented fees incurred and paid by NetApp through the conclusion of this motion, and expert costs in the amount of $234,892.67.

**IT IS SO ORDERED** this ____ day of _____, 2013

_____
CHIEF, UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 5, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Melissa N. Donimirski, Esquire<br>PROCTOR HEYMAN, LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Bryan G. Harrison, Esquire<br>John P. Fry, Esquire<br>W. Andrew McNeil, Esquire<br>MORRIS, MANNING & MARTIN, LLP<br>1600 Peachtree Road, N.E.<br>Atlanta, GA  30326<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)