# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:10-cv-00749-GMS |
| EMC CORPORATION, BUFFALO TECHNOLOGY (USA), INC., D-LINK SYSTEMS, INC., HITACHI DATA SYSTEMS CORPORATION, NETAPP, INC., NETGEAR INC., and QNAP, INC., | : **JURY TRIAL DEMANDED** |
| Defendants. | : **PUBLIC VERSION** |

## DECLARATION OF MICHAEL SHIN

I, Michael Shin, hereby declare and state as follows:

1. I am a paralegal in the firm of Morris, Manning & Martin, LLP, the attorneys for Plaintiff Summit Data Systems LLC ("Summit Data") in the above-referenced action. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit A hereto is a true and correct copy of Document NADEL0007890-94, which is the summary sales information produced by Defendant Netapp, Inc. in this action.

3. Attached as Exhibit B hereto is a true and correct copy of the expert report of Blake Inglish, dated September 14, 2012.

4. Attached as Exhibit C hereto is a true and correct copy of the Expert Report of Peter Hess, dated October 19, 2012.

5. Attached as Exhibit D hereto is a true and correct copy of a webpage from http://www.linux-iscsi.org/wiki/MC/S.

6. Attached as Exhibit E hereto is a true and correct copy of a webpage from Netapp's website describing its SnapDrive for Unix product.

7. Attached as Exhibit F hereto is a true and correct copy of Lab Validation Report for a Netapp FAS2240 storage server, downloaded from Netapp's website.

8. Attached as Exhibit G hereto is a true and correct copy of a Netapp Customer Success Story from its website, entitled Sacramento County Increases Storage Efficiency by Up to 80%

Under penalty of perjury, I hereby declare the foregoing statements to be true and correct.

_____
Michael Shin

Dated: February 19, 2013
       Atlanta, Georgia