IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUMMIT DATA SYSTEMS, LLC,                      )
                                               )
              Plaintiff,                       )
                                               )
      v.                                       )
                                               )    Civil Action No. 10-749-GMS
                                               )
EMC CORPORATION, BUFFALO.                      )    **FILED UNDER SEAL**
TECHNOLOGY (USA), INC., D-LINK                 )
SYSTEMS, INC., HITACHI DATA                    )
SYSTEMS CORPORATION, NETAPP,                   )
INC., NETGEAR INC., and QNAP, INC.,            )
                                               )
              Defendants.                      )
                                               )

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED
that:

1. NetApp, Inc.'s Motion for Attorneys' Fees and Costs (D.I. 236) is GRANTED.

2. Summit Data Systems, LLC is directed to pay NetApp in the amount of
   $1,395,514.62 plus any additional expenses incurred by NetApp in filing this motion.

3. NetApp is directed to provide an updated total to Summit within 14 days.

4. The Clerk of the Court is directed to close this case.

Dated: September **25**, 2014

UNITED STATES DISTRICT JUDGE