AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or ____ Trademarks:

| DOCKET NO.<br>10cv749 | DATE FILED<br>9/1/10 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Summit Data Systems LLC | | DEFENDANT<br><br>EMC Corporation et al |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,392,291 B2 | 06/24/2008 | Applied Micro Circuits Corporation |
| 2 | 7,428,581 B2 | 09/23/2008 | Applied Micro Circuits Corporation |
| 3 | | | |
| 4 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Dismissed — See Attached

| CLERK<br>John A Cerino, Clerk<br>United States District Court<br>844 N. King Street, Unit 18<br>Wilmington, DE 19801 | (BY) DEPUTY CLERK | DATE<br>9/26/2014 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Case 1:10-cv-00749-GMS Document 262 Filed 09/26/14 Page 2 of 3 PageID #: 4098
Case 1:10-cv-00749-GMS Document 235 Filed 01/17/13 Page 1 of 2 PageID #: 2493
Case 1:10-cv-00749-GMS Document 234 Filed 01/15/13 Page 1 of 2 PageID #: 2491

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUMMIT DATA SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-749 (GMS) |
| | ) |
| EMC CORPORATION, BUFFALO | ) |
| TECHNOLOGY (USA), INC., D-LINK | ) |
| SYSTEMS, INC., HITACHI DATA | ) |
| SYSTEMS CORPORATION, | ) |
| INFORTREND CORPORATION, | ) |
| NETAPP, INC., NETGEAR, INC. and | ) |
| QNAP, INC., | ) |
| | ) |
| Defendants. | |

## ORDER OF DISMISSAL AND PERMISSION TO FILE A REQUEST FOR COSTS AND ATTORNEYS' FEES

The motion of Plaintiff Summit Data Systems, LLC for dismissal with prejudice of its patent infringement claims pursuant to Federal Rule of Civil Procedure 41(a)(2), having been presented to this Court, and NetApp having requested as a condition of the dismissal that it be permitted to request attorneys' fees and costs; the parties having been given an opportunity to be heard and for good cause shown;

IT IS HEREBY ORDERED, that, pursuant to Rule 41(a)(2), Summit's patent infringement claims are dismissed with prejudice against NetApp on the condition that NetApp may request attorneys' fees and costs and that NetApp's declaratory judgment claims are dismissed as moot. Accordingly, NetApp shall submit its opening brief on its application for attorneys' fees and costs on January 29, 2013. Summit shall submit its answering brief on February 19, 2013. NetApp will submit its reply brief on

Case 1:10-cv-00749-GMS   Document 262   Filed 09/26/14   Page 3 of 3 PageID #: 4099
Case 1:10-cv-00749-GMS   Document 235   Filed 01/17/13   Page 2 of 2 PageID #: 2494
Case 1:10-cv-00749-GMS   Document 234   Filed 01/15/13   Page 2 of 2 PageID #: 2492

March 1, 2013. The Court will advise the parties if argument is required. The case scheduling order in this matter is vacated.

IT IS SO ORDERED this 17th day of Jan, 2013

_____
The Honorable Gregory M. Sleet
United States District Court Judge